No. 1016. PEYTON v. RAILWAY EXPRESS AGENCY, INC. May 12, 1947. Second petition for rehearing denied.

No. 126, Misc. EX PARTE STERBA. May 19, 1947. 330 U. S. 812.

No. 878. ROGERS v. SQUIER, WARDEN. May 19, 1947. 330 U. S. 840.

No. 912. DAVIS v. JOHNSTON, WARDEN. May 19, 1947.

No. 1250. CASE v. THE GOVERNMENT ET AL. May 19, 1947.

No. 1301. WEISBERG v. ILLINOIS. May 19, 1947.

No. 953. SANITARY DISTRICT OF CHICAGO v. ACTIVATED SLUDGE, INC. ET AL. May 19, 1947. Second petition for rehearing denied. 330 U. S. 856.

No. 343. NEW YORK ET AL. v. UNITED STATES ET AL.; and
No. 344. HILDRETH, GOVERNOR, ET AL. v. UNITED STATES ET AL. June 9, 1947.

No. 575. GORUM ET AL. v. LOUDENSLAGER ET AL. June 9, 1947.